1  Mitchell F. Boomer [SBN 121441]
   JoAnna L. Brooks [SBN 182986]
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401

5

   Attorneys for Defendants
6  KRUEGER INTERNATIONAL AND
   RICHARD J. RESCH
7

8  Lawrence J. King [SBN 120805]
   LAW OFFICES OF LAWRENCE J. KING
9  6 "C" Street
   Petaluma, CA 94952
10 Telephone: (707) 769-9791
   Facsimile: (707) 769-9253
11

   Attorneys for Plaintiff
12 STEPHANIE O'BRIEN

13

14              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

16 STEPHANIE A. O'BRIEN,              ) Case No.: C 03-05480 PJH
                                      )
17          Plaintiff,                ) **STIPULATION FOR DISMISSAL WITH**
                                      ) **PREJUDICE** ;
18     v.                             )          AND ORDER
                                      ) **[F.R.C.P. 41(a)(1)(i)]**
19 KRUEGER INTERNATIONAL, RICHARD     )
   J. RESCH AND DOES 1 THROUGH 10,    )
20                                    ) Trial: October 17, 2005
          Defendants.                 )
21                                    )
                                      )
22                                    )
                                      )
23                                    )
                                      )
24                                    )
                                      )
25 _____

26

27        The parties hereto, by their undersigned counsel, hereby stipulate pursuant to Rule

28 41(a)(1)(ii) of the Federal Rules of Civil Procedure that this matter shall be and hereby is

   STIPULATION FOR DISMISSAL                              Case No. C 03-5480 PJH
   WITH PREJUDICE [F.R.C.P. 41(a)(1)(ii)]
                                         1

1  dismissed with prejudice, each party to bear its own attorney's fees and costs ("Stipulation for

2  Dismissal").

3

4

5  Dated: May __27, 2005                THE LAW OFFICES OF LAWRENCE J. KING

6                                       By _____

7                                          Lawrence J. King

8                                       Attorneys for Plaintiff
                                         STEPHANIE O'BRIEN
9

10 Dated: May __27, 2005                JACKSON LEWIS LLP

11

12                                      By _____
                                           Mitchell F. Boomer
13                                         JoAnna L. Brooks

14
                                         Attorneys for Defendants
15                                       KRUEGER INTERNATIONAL AND
                                         RICHARD J. RESCH
16

17 IT IS SO ORDERED.

18

19

20 UNITED STATES DISTRICT COURT

21

22 Dated: _____6/13/05_____

23

24

25

26 H:\K\Krueger International\O'Brien, Stephanie [71374]\Pleadings\DISMISSAL STIP KI.doc

27

28

STIPULATION FOR DISMISSAL
WITH PREJUDICE [F.R.C.P. 41(a)(1)(ii)]                    Case No. C 03-5480 PJH

                                    2